IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 09-cv-02369-MSK-KMT | FTR - Courtroom C-201 |
| Date: May 20, 2010 | Kathleen Finney, Deputy Clerk |
| MADISON SERVICES COMPANY, LLC, | Denise D. Riley |
| | Alexander Christian Clayden |
| Plaintiff, | |
| v. | |
| JOHN GORDON, | Paul Gordon |
| | Steve McWhirter |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**
**Court in session: 9:22 a.m.**

Court calls case. Appearances of counsel. Also present is Defendant, John Gordon.

Motions hearing is scheduled regarding Plaintiff's Motion for Protective Order and to Quash Improper Subpoenas [Docket No. 85, filed 5/12/2010] and Plaintiff's Motion for Protective Order [Docket No. 90, filed 5/11/2010].

Plaintiff's opening argument by Denise Riley.

Defendant's opening argument by Paul Gordon.

Plaintiff's rebuttal argument by Denise Riley.

For reasons stated on the record,
**It is ORDERED:** Plaintiff's Motion for Protective Order and to Quash Improper Subpoenas [85] is **DENIED.** The parties shall go forward with the depositions of the following individuals: Ms. Audra Palakodety, Ms. Virginia Barstad, Mr. Donald Jurkoic**,** and Mr. Michael Nelson.

**It is ORDERED:** Plaintiff's Motion for Protective Order [90] is **DENIED without**

> **prejudice.** Counsel may refile a motion for protective order, with language regarding " for attorneys' eyes only", if necessary.

The Court states the attorneys for the parties are in charge of confidentiality. If a partial document warrants confidentiality, file the entire document under seal.

Discussion regarding sealed documents under D.C.COLO.LCivR 7.2.
Plaintiff's argument by Alexander Clayden.
Defendant's argument by Paul Gordon.

The Court states if counsel confers and agrees on extending deadlines for two weeks or less, court will restructure the dates.

HEARING CONCLUDED.

**Court in Recess: 11:14 a.m.**
Total In-Court Time  01:52

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.