IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02369–MSK–KMT

MADISON SERVICES COMPANY, LLC, n/k/a M CAPITAL SERVICES, LLC, a Delaware corporation,

    Plaintiff,

v.

JOHN GORDON, an individual,

    Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion for Entry of Stipulated Protective Order" (Doc. No. 111, filed June 3, 2010) is GRANTED. The Protective Order will be entered.

Dated: June 4, 2010