IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02369–MSK–KMT

MADISON SERVICES COMPANY, LLC, n/k/a M CAPITAL SERVICES, LLC, a Delaware corporation,

    Plaintiff,

v.

JOHN GORDON, an individual,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Strike Or, In the Alternative, to Seal Counterclaimant's Expert Disclosures" (Doc. No. 174, filed August 10, 2010) is GRANTED. Pursuant to Fed. R. Civ. P. 5(d)(1), "disclosures under Rule 26(a)(1) or (2) . . . must not be filed until they are used in the proceeding or the court orders filing." As such, document numbers 161 and 165 are STRICKEN. The documents shall remain under seal pending further order of the Court.

Dated: August 17, 2010